USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 24 2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**Darryl Tunstall**,

        Plaintiff,

    v.

**Rafael A. Perez**, et ano.,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

16 - CIV - 1009 (LAK)

### ORDER REGARDING CASE PROGRESS UNDER LOCAL CIVIL RULE 83.10

Hon. Lewis A. Kaplan, U.S.D.J.

    Notice of participation in Local Civil Rule 83.10 has been filed in this case. The parties shall file by ECF, and deliver a courtesy copy to chambers upon the first of any of the following events: the filing of a motion to dismiss; the parties request to be exempt from Local Civil Rule 83.10; or 120 days after the filing of the Complaint.

    SO ORDERED.

Dated: February 17, 2016

                                                Hon. Lewis A. Kaplan
                                                United States District Judge

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- x
Darryl Tunstall,
                Plaintiff,                              13-cr-6137 (LAK)
        v.

Rafael A. Perez, et ano.,
                Defendants.
------------------------------- x
```

<u>PARTIES' NOTICE OF CASE PROGRESS UNDER LOCAL CIVIL RULE 83.10</u>

The parties agree that the dates below reflect the compliance with Local Civil Rule 83.10.

| | | |
|---|---|---|
| Paragraph 1(a). | Date on which complaint and § 160.50 release(s) were served upon the City............................................................................................... | _____; |
| Paragraph 1(b) | Date on which plaintiff served medical release(s) on City [if applicable] .... | _____; |
| Paragraph 2 | Date of City's letter to plaintiff seeking § 160.50 release(s) [if applicable]... | _____; |
| Paragraph 2 | Date on which the City's Order to Show Cause was filed [if applicable] ...... | _____; |
| Paragraph 3 | Date on which the answer or motion to dismiss was filed.............................. | _____; |
| Paragraph 4(a) | Date on which parties met an conferred pursuant to Fed. R. Civ. P. 26(f)........ | _____; |
| Paragraph 4(b) | Date by which parties completed their exchange of initial disclosures............. | _____; |
| Paragraph 5(a) | City's production of documents to plaintiff as described in paragraph 5(a)(i through iv)............................................................................... | _____; |
| Paragraph 5(b) | Plaintiff(s) production of documents to the City as described in paragraph 5(b)(i through iii)................................................................................ | _____; |
| Paragraph 6 | Date on which the complaint was amended [if applicable]........................... | _____; |
| Paragraph 7 | Date on which plaintiff served a written settlement demand on the City....... | _____; |
| Paragraph 7 | Date on which the City responded to plaintiff's settlement demand.............. | _____; |

This notice shall be completed and filed upon the first of any of the following events: the filing of a motion to dismiss; the parties request to be exempt from the §1983 Plan; or 120 days after the filing of the Complaint.

Signature of Plaintiff's Counsel:                    Signature of Counsel for the City of New York:

_____                    _____

Date: _____               Date: _____

1