Case 1:16-cv-01009-LAK   Document 8   Filed 02/24/16   Page 2 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
Darryl Tunstall,
              Plaintiff,                      13-cr-6137 (LAK)
     v.

Rafael A. Perez, et ano.,
              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## PARTIES' NOTICE OF CASE PROGRESS UNDER LOCAL CIVIL RULE 83.10

The parties agree that the dates below reflect the compliance with Local Civil Rule 83.10.

| | | |
|---|---|---|
| Paragraph 1(a). | Date on which complaint and § 160.50 release(s) were served upon the City ........... (received by law dep't 2/25/2016) | 2/22/2016 |
| Paragraph 1(b) | Date on which plaintiff served medical release(s) on City [if applicable] | N/A |
| Paragraph 2 | Date of City's letter to plaintiff seeking § 160.50 release(s) [if applicable] | N/A |
| Paragraph 2 | Date on which the City's Order to Show Cause was filed [if applicable] | N/A |
| Paragraph 3 | Date on which the answer or motion to dismiss was filed | 5/26/2016 |
| Paragraph 4(a) | Date on which parties ~~met an~~ *are to* conferred pursuant to Fed. R. Civ. P. 26(f) | 6/9/2016 |
| Paragraph 4(b) | Date by which parties *are to* ~~completed~~ their exchange of initial disclosures | 6/16/2016 |
| Paragraph 5(a) | City's production of documents to plaintiff as described in paragraph 5(a)(i through iv) | 6/23/2016 |
| Paragraph 5(b) | Plaintiff(s) production of documents to the City as described in paragraph 5(b)(i through iii) | 6/23/2016 |
| Paragraph 6 | Date on which the complaint *may be* ~~was~~ amended *under L.R. 83.10* [if applicable] | 7/7/2016 |
| Paragraph 7 | Date on which plaintiff *is to* ~~served~~ a written settlement demand on the City | 7/7/2016 |
| Paragraph 7 | Date on which the City *is to* ~~responded~~ to plaintiff's settlement demand | 7/22/2016 |

This notice shall be completed and filed upon the first of any of the following events: the filing of a motion to dismiss; the parties request to be exempt from the §1983 Plan; or 120 days after the filing of the Complaint.

Signature of Plaintiff's Counsel:                        Signature of Counsel for the City of New York:

*[signature]*                                                *Lucienne Pierre*

Date: June 8, 2016                                      Date: June 8, 2016